**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2130**

BRENDA K. MONK (E.R.M., child),

             Plaintiff - Appellant,

       v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:07-cv-00003-jlk)

Submitted:  March 27, 2008          Decided:  June 17, 2008

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brenda K. Monk, Appellant Pro Se.  Allyson Sinclair Jozwik, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Sara Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda K. Monk appeals the district court's order accepting the magistrate judge's recommendation to affirm the Commissioner's cessation of supplemental security income for Monk's minor son. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and find no reversible error. Accordingly, we affirm. See Monk v. Astrue, No. 4:07-cv-00003-jlk (W.D. Va. Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED